IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CRYSTAL HILL**     **PLAINTIFF**

**V.**     **NO. 1:20-CV-252-DMB-DAS**

**COMMISSIONER OF SOCIAL SECURITY**     **DEFENDANT**

### ORDER

On December 18, 2020, Crystal Hill filed a complaint in the United States District Court for the Northern District of Mississippi seeking judicial review of the decision of the Commissioner of Social Security denying her claim for supplemental security income and/or disability insurance benefits. Doc. #1. On September 3, 2021, the Commissioner moved to remand this case pursuant to sentence four of 42 U.S.C. § 405(g). Doc. #17. The Commissioner seeks remand "to obtain the prior file used for the December 2007 most recent favorable decision, or comparison point decision, and then conduct the comparative analysis that the regulations require to determine whether medical improvement has occurred." Doc. #18 at 1. The Commissioner represents that the motion is unopposed. *Id.* at 1.

Upon consideration, the motion to remand [17] is **GRANTED**. The final administrative decision is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g). This case is **CLOSED**.

**SO ORDERED**, this 8th day of September, 2021.

                                              /s/Debra M. Brown
                                              **UNITED STATES DISTRICT JUDGE**